# U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | **CHRISTOPHER RODRIGUEZ** : | **CHAPTER 13** |
| | : | |
| | **Debtor** : | **BANKRUPTCY NO. 18-17321** |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's First Amended Chapter 13 Plan, docket number 35, filed by
YOUNG, MARR & ASSOCIATES as wrong PDF file was uploaded.


/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: May 20, 2019