# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

                                        Bankruptcy No. 18-17321-AMC

CHRISTOPHER  RODRIGUEZ

8113 CRISPIN STREET

PHILADELPHIA, PA 19136

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    CHRISTOPHER  RODRIGUEZ

    8113 CRISPIN STREET

    PHILADELPHIA, PA 19136

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

                          /S/ William C. Miller

Date: 7/11/2019              _____

                          William C. Miller, Esquire
                          Chapter 13 Standing Trustee