**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Christopher Rodriguez<br>　　　　　　　　Debtor<br><br>U.S. BANK NATIONAL ASSOCIATION, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)<br>　　　　　　v.<br>Christopher Rodriguez<br>　　　　　　and<br>William C. Miller Esq.<br>　　　　　　　　Trustee | Chapter 13<br><br><br>NO. 18-17321 AMC |

## ORDER

AND NOW, this _____ day of _____, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 20, 2019   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. BANK NATIONAL ASSOCIATION, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 8113 Crispin Street Philadelphia, PA 19136.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: September 12, 2019**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Christopher Rodriguez
8113 Crispin Street
Philadelphia, PA 19136

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532