United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-17321-amc
Christopher Rodriguez                                                     Chapter 13
           Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv          Page 1 of 2          Date Rcvd: Oct 10, 2019
                             Form ID: pdf900      Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
db             +Christopher Rodriguez,    8113 Crispin Street,    Philadelphia, PA 19136-2613
14224903       ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court:  Caine & Weiner,    Attn: Bankruptcy,    21210 Erwin St,
                Woodland Hills, CA 91367)
14224906       +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
14224905       +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
14225621       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14257996       +U.S. BANK NATIONAL ASSOCIATION, (Trustee for the P,    211 North Front Street,
                Harrisburg, PA 17101-1406
14256908       +US Bank National Association,    c/o Kevin G. McDonald, Esquire,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 11 2019 02:42:25     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 11 2019 02:42:20     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14224907       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 11 2019 02:42:37
                Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                Norwood, MA 02062-2679
14224908       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 11 2019 02:42:37
                Credit Collections Services,    Po Box 607,    Norwood, MA 02062-0607
14250889        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2019 02:51:14     LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14224910       +E-mail/Text: blegal@phfa.org Oct 11 2019 02:42:14     Pa Housing Finance Age,    211 N Front St,
                Harrisburg, PA 17101-1406
14224909       +E-mail/Text: blegal@phfa.org Oct 11 2019 02:42:14     Pa Housing Finance Age,    Po Box 8029,
                Harrisburg, PA 17105-8029
14227065        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 11 2019 02:42:03
                Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                Harrisburg PA 17128-0946
14224912       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 11 2019 02:41:49
                Verizon,    Po Box 650584,    Dallas, TX 75265-0584
14224911       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 11 2019 02:41:49
                Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                Weldon Springs, MO 63304-2225
14317501       +E-mail/Text: megan.harper@phila.gov Oct 11 2019 02:42:25     Water Revenue Bureau,
                c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                        TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
14224904*      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court:  Caine & Weiner,    Po Box 5010,    Woodland Hills, CA 91365)
                                                                           TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                              Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: dlv              Page 2 of 2              Date Rcvd: Oct 10, 2019
                             Form ID: pdf900         Total Noticed: 18

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
       KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
       Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
       bkgroup@kmllawgroup.com
       LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
       Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
       lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
       PAUL H. YOUNG    on behalf of Debtor Christopher  Rodriguez support@ymalaw.com,  ykaecf@gmail.com,
       paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                 TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                         Chapter 13
CHRISTOPHER  RODRIGUEZ


                    Debtor                     Bankruptcy No. 18-17321-AMC

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.



**Date: October 9, 2019**
                    _____
                              Ashely M. Chan
                              Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020


Debtor:
CHRISTOPHER  RODRIGUEZ

8113 CRISPIN STREET

PHILADELPHIA, PA 19136